**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERWIN REDDIC,   No. C-10-1580 SI (PR)

    Plaintiff,   **JUDGMENT**

    v.

M.S. EVANS, et al.,

    Defendants.
_____/

    This action is dismissed without prejudice as to the claims for deliberate indifference to plaintiff's safety and retaliation, and with prejudice as to the due process claim.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 19, 2011

                               _____
                               SUSAN ILLSTON
                               United States District Judge