UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN REDDIC, | No. C-10-1580 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M.S. EVANS, et al., | |
| Defendants. | |

This action is dismissed without prejudice as to the claims for deliberate indifference to plaintiff's safety and retaliation, and with prejudice as to the due process claim.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 19, 2011

_____
SUSAN ILLSTON
United States District Judge